# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2197

_____

United States of America,         *
                               *

         Appellee,        *
                               *    Appeal from the United States

        v.                *    District Court for the
                               *    District of Minnesota.

Kevin William Krejce,        *

                               *    [UNPUBLISHED]

        Appellant.       *

_____

Submitted: April 29, 2008
Filed: May 2, 2008

_____

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Kevin Krejce appeals the 151-month prison term that the district court[1] imposed after he pleaded guilty to bank robbery, in violation of 18 U.S.C. § 2113(a). He argues that his sentence is unreasonable and that the district court abused its discretion by not properly considering relevant factors.

When the applicable Guidelines range is undisputed, as it is here, we consider whether the sentence is unreasonable in light of the 18 U.S.C. § 3553(a) factors. <u>See</u>

_____

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.

United States v. Booker, 543 U.S. 220, 261-62 (2005); United States v. Mathis, 451 F.3d 939, 941 (8th Cir. 2006) (review for reasonableness is akin to review for abuse of discretion). We conclude that Krejce's sentence at the bottom of the advisory Guidelines range is not unreasonable. The record shows that the district court considered only relevant factors--including Krejce's two prior bank robbery convictions and his commission of this offense while on supervised release for a previous bank robbery, as well as the need to promote respect for the law and to afford adequate deterrence--and we see no clear error of judgment in the court's weighing of those factors. See United States v. Harris, 493 F.3d 928, 932 (8th Cir. 2007) (sentence within advisory Guidelines range is presumptively reasonable), cert. denied, 128 S. Ct. 1263 (2008); United States v. Haack, 403 F.3d 997, 1004 (8th Cir. 2005) (listing factors that might signal abuse of discretion); see also United States v. Rita, 127 S. Ct. 2456, 2462 (2007) (approving appellate presumption of reasonableness).

The judgment is affirmed.

_____